

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-23-00124-CR
_____

JAMES H. BROCKMAN, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 102nd District Court
Bowie County, Texas
Trial Court No. 21F1073-102

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Chief Justice Stevens

# MEMORANDUM OPINION

Pursuant to a plea bargain, James H. Brockman pled guilty to theft of property of a value under $2,500.00, with two prior theft convictions.[1]  The trial court found Brockman guilty, sentenced him to two years' confinement in state jail, suspended his sentence, and placed him on community supervision for a period of five years.  Brockman was also assessed a fine of $2,000.00, court costs of $290.00, reimbursement fees of $260.00, and restitution of $852.48.

Less than two years later, Brockman's community supervision was revoked after he pled true to the State's allegations that he violated the terms of his community supervision in six ways.  The trial court sentenced him to two years' confinement in state jail and assessed him a fine of $2,000.00, court costs of $290.00, reimbursement fees of $260.00, and restitution of $852.48.

In this appeal,[2] Brockman challenges the assessment of reimbursement fees because (1) they are not supported by the most current bill of costs and (2) there is insufficient evidence to support the assessment of his court-appointed attorney fees.  As Brockman acknowledges, $250.00 of the assessed reimbursement fees were for court-appointed attorney fees.

Brockman raised identical issues and made virtually identical arguments in the appeal of another theft conviction, which we addressed in our opinion in cause number 06-23-00122-CR. Because these issues are identical to those addressed in that opinion, we overrule these issues for the reasons stated in that opinion.

---

[1]*See* TEX. PENAL CODE ANN. § 31.03(e)(4)(D) (Supp.).

[2]In our cause numbers 06-23-00122-CR and 06-23-00123-CR, Brockman appeals two other convictions for theft of property of a value under $2,500.00, with two prior theft convictions.

We affirm the trial court's judgment.

Scott E. Stevens
Chief Justice

Date Submitted:     January 2, 2024
Date Decided:       February 2, 2024

Do Not Publish